Entered: May 1st, 2023
Signed: April 28th, 2023
**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 23-11027 -LSS |
| **OPTIMUM CONSTRUCTION, INC.** ) | Chapter 7 |
| ) | |
| Debtor. ) | |

### ORDER APPLICATION TO AUTHORIZE RETENTION OF COUNSEL

Upon consideration of the Application to Authorize Retention of the law firm of McNamee Hosea, P.A. (the "Attorneys") as Counsel to the Trustee, the Court being satisfied that the Attorneys represent no interest adverse to Steven H. Greenfeld, the Trustee for the bankruptcy estate, that the Attorneys are disinterested persons, and that such employment is necessary and is in the best interests of the estate, it is hereby

**ORDERED** pursuant to 11 U.S.C. § 327(a), that Steven H. Greenfeld, the Trustee ("Trustee") of the above-captioned Chapter 7 bankruptcy estate is, authorized to employ the Attorneys as counsel for the purposes identified in the Trustee's Application; and it is

**ORDERED** the Attorneys will track their time in 1/10 of an hour increments and provide the United States Trustee 10 days written notice of proposed increase in hourly rates; and it is

**FURTHER ORDERED**, that the compensation of the Attorneys shall be subject to further order of this Court, after notice and an opportunity for a hearing.

Copies of this Order to:

Steven H Greenfeld
Steve Greenfeld , Trustee
325 Ellington Boulevard, Box 610
Gaithersburg, MD 20878

Office of the U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770

Kevin K. Shipe
Law Offices of Shipe & Bush, P.C.
3528 Worthington Blvd #101
Frederick, MD 21704

**END OF ORDER**