CapitalOne

## Check #1774 Cashed

| | |
|---|---|
| **Check Number:** | #1774 |
| **Amount:** | $12,903.00 |
| **Date Posted:** | May 13, 2022 |
| **Account:** | Simply Checking ...3833 |

