Entered: June 12th, 2023
Signed: June 12th, 2023
**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

| | | |
|---|---|---|
| In Re | : | |
| Optimum Construction, Inc. | : | **Case No. 23-11027** |
| | : | **Chapter 7** |
| Debtor | : | |
| ............................. | : | |
| Erin Hart, | : | |
| Movant, | : | |
| v. | : | |
| Optimum Construction, Inc., *et al.*, | : | |
| Respondents. | : | |

### ORDER GRANTING RELIEF AND MODIFYING THE AUTOMATIC STAY

UPON CONSIDERATION OF Movant Erin Hart's Motion for Relief from the Automatic Stay, no response or opposition from the Trustee or Debtor having been filed, and good cause having been shown, it is by the U.S. Bankruptcy Court for the District of Maryland, hereby

**ORDERED,** that the Motion be and is hereby GRANTED; and it is further

**ORDERED,** that the Automatic Stay pursuant to 11 U.S.C. § 362 be and is hereby MODIFIED so as to permit Erin Hart to pursue recovery on her claim against non-estate property,

1

including but not limited to filing i) a complaint with the Maryland Home Improvement Commission and ii) a claim with the Maryland Guaranty Fund for reimbursement of monies paid by Movant to Amr Elrahimy and/or Optimum Construction, Inc. and related to the home improvement contract.

Copies to:

    Movant's Counsel – Michael A. Ostroff, Esq. mostroff@monterolawgroup.com
    Debtor's Counsel – Kevin Shipe, Esq. bk@shipebushlaw.com, shannon@shipebushlaw.com, ShipeBush@jubileebk.net
    Chapter 7 Trustee – Steven H Greenfeld, Esq. trusteegreen@cohenbaldinger.com, sgreenfeld@ecf.axosfs.com

    Optimum Construction, Inc.
    PO Box 1328
    Clarksburg, MD 20871

**END ORDER**