September 15, 2023

Mark A. Neal
Clerk of the Bankruptcy Court
U.S. Bankruptcy Court, District of Maryland
Greenbelt Division
6500 Cherrywood Lane, Suite 300
Greenbelt, MD 20770

Reference:  Case Number 23-11027 – LSS; Chapter 7

Dear Mr. Neal:

I request that Optimum Construction, Inc.'s debt to me in the amount of $81,807 be excepted from discharge on the basis that Optimum Construction, Inc. committed fraud by agreeing to carry out a home improvement contract with no intention of completing the work. Pursuant to 11 U.S. Code Section 523 (a)(2)(A), debts involving fraud are not dischargeable under Chapter 7 Bankruptcy.

Below are the facts related to this request:

The decision to remodel my home at 24704 Tandem Drive, Damascus, Maryland, arose as a result of discussions with my daughter, Jessica Hammond, regarding her families' need for better housing and my needs as I grow older. I am 67 years old and live alone. I lost my husband due to an unexpected accident in July 2008. I have found it more difficult to maintain my home as I once had, and know that as I grow older, I will need assistance with my health. Therefore, my daughter and I contacted three licensed and insured remodeling contractors and requested bids. The original plan was to: 1) bump out the back of the first floor living space to enlarge the living room, 2) add a mudroom, master bedroom and bath to the first floor, 3) move the garage to the south side of the house next to the newly remodeled master bedroom, 4) renovate the upstairs master bath to make it larger, 5) add more closet space in the current master bedroom, and 6) enlarge the downstairs bedroom. The request to each of the three contractors was laid out with a completion date of December 31, 2022. The three remodel contractors submitted quotes and we chose Optimum Construction, Inc. (Optimum) to do the work primarily because they were the larger of the three remodel contractors, they submitted the lowest bid and they confirmed they could complete the work by December 31, 2022.

A contract was executed with Optimum for the remodel of my home on May 25, 2022. A check in the amount of $81,807 was provided to Optimum on June 1, 2022. A payment of 33% of the value of the contract ($247,900) was required upon signing the contract.  Although no dates were included in the contract, it was always understood via emails and discussions with the contractor that we needed the construction to be completed by no December 31, 2022.  It should be noted that before signing, I questioned the lack of dates in the contract and was told that these dates are not included until after the design and permitting phase is completed.

The first meeting with Optimum was held at my home on June 6, 2022. After repeated emails to Optimum about the architectural plans/drawings they promised to provide us, we received via email on July 21, 2022, a rough hand-drawn plan of the first-floor remodel. Shortly after receiving this plan, Optimum informed us that they found that there is a 35-foot set back at the back of my property which

made the proposed bump out impossible. Therefore, we regrouped and discussed revising the plans to remove the bump out and to enlarge the living space by pushing the proposed master bedroom and mudroom further south. More formal architectural drawings were received on August 26, 2022. We again regrouped to discuss enlarging the master bedroom and mudroom areas because what was proposed seemed too cramped. This required that we remodel the kitchen and remove the garage entirely. Revised architectural drawings were received on August 30, 2022 which included larger master bedroom and mudroom areas. We were promised finalized construction plans and a revised remodel contract within two weeks. Once approved, Optimum would move onto the permitting stage. We questioned whether these revisions would change the price of the remodel. We did remind Optimum that included in the original pricing was removal and replacement of the existing deck. Because the bump out was out of the question, the removal and rebuild of the deck were no longer needed. We also told Optimum that if the proposed revisions required an increase in price, we would forgo the basement bedroom remodel. We were told that they would review the original estimate against the finalized plans and get back to us. We were also told that they would be finalizing the construction plans and revising the original contract to reflect these changes. Having repeatedly followed up with Optimum about the status of the final construction plans, the revised contract and possible changes to the pricing, an email was sent to Optimum on September 13, 2022, complaining about the lack of progress and requesting an update. We received another version of the plans on September 22, 2022 which we reviewed and approved with minor change to fix an error. Optimum told us they were sending the final version to the architect and we should see final plans by September 30, 2022. Because of the continued lack of progress and flimsy excuses to support the delays, we requested a meeting with the owner of Optimum Construction, Mr. Amr Elrahimy, to discuss possibly cancelling the contract. At a meeting with Mr. Elrahimy on October 11, 2022, he promised to get personally involved in the completion of the plans and that ground would be broken by no later than December 1, 2022 with a completion date of March 31, 2023. We also requested a revised remodel contract and were promised we would get one as soon as possible and we were reassured that the total price would not change from the original quote Optimum provided. Due to the delays that occurred with Optimum, my daughter had to request an extension on her leased property to March 31, 2023. Thankfully, the landlord agreed to this extension. On October 21, 2022, we received an email from Optimum stating that the architect had started the construction set of drawings. During the months of November and December no progress was made. We continued to follow up on a weekly basis. The last update received from Optimum was dated January 13, 2023 stating only that they are continuing to stay in contact with the structural engineer and architect regarding the finalization of the plans. On January 18, 2023, I sent a letter to Optimum Construction requesting the return of my deposit of $81,807 within 7 business days of the date of the letter due to the absolute lack of progress and repeated misrepresentations made by Optimum. On January 20, 2023 I received a letter from Optimum stating that they were shutting down the business and claiming Chapter 7, Liquidation Bankruptcy.

While there were multiple parts to this remodel (add a mudroom, master bedroom and bath to the first floor, renovate the upstairs master bath to make it larger, add more closet space in the current master bedroom, and enlarge the downstairs bedroom), Optimum only provided plans for the first-floor renovations. No plans were ever discussed or provided for the other items.

In summary, I assert that Optimum Construction, Inc. committed fraud by taking a payment of $81,807 on June 1, 2022, and promising via a signed contract to remodel my home and provided only draft architectural plans for part of the proposed construction before providing me with notice of closure of the business and bankruptcy on January 20, 2023.

On the basis of the above, I request that the debt owed to me by Optimum Construction, Inc. of $81,807 be excepted from discharge under 11 U.S.C. Section 523(a)(2)(A).

Thank you in advance for your consideration of this request. If you have any questions or need additional information, please feel free to contact me by telephone at 240-388-1002 or by email at e.cissel@verizon.net.

Sincerely,

*Eileen D. Webster-Cissel*

Eileen D. Webster-Cissel
24704 Tandem Drive
Damascus, MD 20872