Entered: October 3rd, 2023
Signed: October 3rd, 2023
**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

|  |  |
|---|---|
| IN RE: )<br>)<br>AMR ELRAHIMY )<br>)<br>Debtor. )<br>) | **Case No. 23-11097 -LSS**<br>**Chapter 7** |
| IN RE: )<br>)<br>OPTIMUM CONSTRUCTION, INC. )<br>)<br>Debtor. )<br>) | **Case No. 23-11027 -LSS**<br>**Chapter 7** |

**ORDER GRANTING MOTION FOR TURNOVER OF PROPERTY OF THE ESTATES**

This matter came before the Court on the *Motion for Turnover of Property of the Estates* ("Motion"), which was filed by Steven Greenfeld, Trustee ("Trustee") of the Chapter 7 estates of Amr Elrahimy ("Mr. Elrahimy") and Optimum Construction, Inc. ("Optimum" and collectively

with Mr. Elrahimy, the "Debtors"). Upon consideration of the Motion, along with any opposition filed thereto, and it appearing that some relief is warranted, it is hereby:

**ORDERED** that the Motion is **GRANTED**, part, and **DENIED**, in part; and it is

**FURTHER ORDERED** that upon 3 business days' notice, the Debtors shall turn over to the Trustee the following vehicles by delivering the vehicles to Limitless Garage, Inc. at the opening hours of said business,;

.

| Title owner | Description |
|---|---|
| Joint | 2019 Mercedes-Benz AMG GTR |
| Joint | 2021 Mercedes-Benz AMG V83 |
| Mr. ELrahimy | 2022 Yamaha R1 |
| Mr. Elrahimy | 2022 Yamaha R7 |

and it is

**FURTHER ORDERED** that the Trustee shall return the vehicles to the Debtors by 5:00 p.m. on the same day the vehicles are delivered to Limitless Garage; and it is

**FURTHER ORDERED** that prior to the time the vehicles are delivered to Limitless Garage, Limitless Garage shall provide the Trustee with proof of insurance in an amount of no less than $300,000.00 to cover the value of the vehicles while they are in the possession of Limitless Garage; and it is

**FURTHER ORDERED** that, within 7 days from the entry of this Order, the Debtors shall take the following vehicles to CarMax, or some other similar and widely recognized business, to obtain a written offer for the purchase of said vehicles and, thereafter, shall provide copies of the written offers to the Trustee.

| Title owner | Description |
|---|---|

| Mr. Elrahimy | 2017 Ram Truck |
|---|---|
| Joint | 2020 Dodge Ram 2600 |

**END OF ORDER**

Copies to:

Office of the U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770

Kevin K. Shipe
Law Offices of Shipe & Bush, P.C.
3528 Worthington Blvd #101
Frederick, MD 21704

Amr Elrahimy
PO Box 1260
Clarksburg, MD 20871

Optimum Construction, Inc.
PO Box 1328
Clarksburg, MD 20871