**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| In re: | * | |
| OPTIMUM CONSTRUCTION, INC. | * | CASE NO.: 23-1-1027-LSS |
| | | (Chapter 7) |
| Debtor | * | |
| *   *   *   *   *   * | * | |
| MERCEDES-BENZ FIN. SERVICES USA LLC | * | |
| Movant | * | |
| v. | * | |
| OPTIMUM CONSTRUCTION, INC. | * | |
| Respondent | * | |

*   *   *   *   *   *   *   *   *   *   *   *   *

**NOTICE OF CONTINUANCE OF HEARING**

Mercedes-Benz Fin. Services USA LLC, has filed papers with the Court seeking relief from the automatic stay of 11 U.S.C. §362(a) to enable it to proceed to repossess and sell one 2019 Mercedes-Benz GTR, serial number WDDYJ7KA4KA024335.  Your rights may be affected.  You should read these papers carefully and discuss them with your lawyer, if you have one in this bankruptcy case.  (If you do not have a lawyer, you may wish to consult one.)

The hearing has been continued from  November 13, 2023 to December 11, 2023 at 2:00 P.M. in Courtroom 3-D, United States Bankruptcy Court, located 6500 Cherrywood Lane Greenbelt MD 20770.

/s/ Michael J. Klima, Jr.
Michael J. Klima, Jr.  #25562
8028 Ritchie Highway, Ste 300
Pasadena, MD 21122
410-768-2280
Attorney for Movant
Attorney File No.: 23-11811-0

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of November, 2023, a copy of the foregoing Notice Of Continuance Of Hearing was mailed, by first class mail postage prepaid to:

Optimum Construction, Inc.
PO Box 1328
Clarksburg, Maryland 20871

Kevin K. Shipe, Esq.
3528 Worthington Blvd.
Ste 101
Frederick, MD 21704

Justin Philip Fasano
McNamee Hosea, P.A.
6404 Ivy Lane
Ste 820
Greenbelt, MD 22070

/s/ Michael J. Klima, Jr.
Michael J. Klima, Jr.