**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

Case No.:   23−11027 − LSS     Chapter:   7

Optimum Construction, Inc.

Dated: 12/11/23

Dear Sir/Madam:

Proof of Claim No.44 filed on December 11, 2023 has been entered in Case No. 23−11027 , but appears to be defective. A review of the proof of claim indicates the following:

- ☐ Duplicate of claim number
- ☐ Amount entered in ECF has been updated to reflect the amount stated on pdf of proof of claim
- ☐ Proof of claim filed in incorrect case has been docketed in the correct case
- ☐ Missing signature of filing party
- ☐ Official Bankruptcy Form B 410 was not filed
- ☑ Other – Under Part 2, Number 7: Missing dollar amount claimed.

Please take the appropriate action to correct the referenced proof of claim within ten (10) days of the date of this notification.

Sincerely,

Mark A. Neal, Clerk of Court
by Deputy Clerk, Robert Hegerle  301−344−3399