Entered: December 27th, 2023
Signed: December 27th, 2023
**SO ORDERED**



*Lori Simpson*
**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re: | * |
| OPTIMUM CONSTRUCTION, INC. | *  CASE NO.: 23-1-1027-LSS |
| | (Chapter 7) |
| Debtor | * |
| * * * * * * * | |
| | * |
| MERCEDES-BENZ FINANCIAL SERVICES USA LLC | |
| Movant | * |
| v. | * |
| OPTIMUM CONSTRUCTION, INC. | * |
| STEVEN H. GEEENFELD, Trustee | |
| Respondents | * |

* * * * * * * * * * * * * *

### CONSENT ORDER MODIFYING AUTOMATIC STAY

Upon consideration of the Motion Seeking Relief From Automatic Stay and to Reclaim Property filed by Mercedes-Benz Financial Services USA LLC, the Movant, with regard to the vehicle subject to its purchase money security interest, namely one 2021 Mercedes-Benz C63CS, serial number W1KWJ8HB7MG056094; and Movant and the Chapter 7 Trustee, Steven H. Greenfeld, having agreed to the terms of this Consent Order, and no objection thereto having been filed by the Debtor, Optimum Construction, Inc.; it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that within ninety days of the date of entry of this Order, the Chapter 7 Trustee shall sell the aforesaid vehicle; and it is further

ORDERED, that within thirty days of the date of said sale, the Chapter 7 Trustee shall forward to Movant those sale proceeds necessary to satisfy Movant's security interest in the aforesaid vehicle.

AND IT IS FURTHER ORDERED, that if the Chapter 7 Trustee fails to sell the vehicle within 90 days of the date of entry of this Order or fails to satisfy Movant's security interest in the vehicle within 30 days of its sale, then Automatic Stay shall immediately terminate without further Order of this Court to allow Movant to exercise and enforce its state law and contractual rights and remedies with regard to the above-described vehicle.

The undersigned hereby agree to the terms of the foregoing Consent Order Modifying Automatic Stay.

| | |
|---|---|
| /s/Justin P. Fasano | /s/Michael J. Klima, Jr. |
| Justin P. Fasano #28659) | MICHAEL J. KLIMA, JR. #25562 |
| 6411 Ivy Lane | 8028 Ritchie Highway |
| Ste 200 | Suite 300 |
| Greenbelt, MD 20770 | Pasadena, MD 21122 |
| (301) 441-2420 | (410)768-2280 |
| Attorney for Chapter 7 Trustee | Attorney for Movant |
| | Attorney File No.: 23-11811 |

I HEREBY CERTIFY that the terms of the copy of the Consent Order submitted to the Court are identical to those set forth in the original Consent Order; and the signatures represented by the /s/ on this copy reference the signatures of consenting parties on the original Consent Order.

/s/Michael J. Klima, Jr.
Michael J. Klima, Jr.

cc:    Michael J. Klima, Jr., Esquire
8028 Ritchie Highway
Suite 300
Pasadena, MD 21122

Optimum Construction, Inc.
PO Box 1328
Clarksburg, Maryland 20871

Kevin K. Shipe, Esq.
3528 Worthington Blvd.
Ste 101
Frederick, MD 21704

Steven H. Greenfeld
325 Ellington Blvd Box 610
Gaithersburg, MD 20878

Justin P. Fasano
6411 Ivy Lane, Suite 200
Greenbelt, MD 20770

**End of Order**