Label Matrix for local noticing
0416-0
Case 23-11097
District of Maryland
Greenbelt
Mon Sep 14 09:23:43 EDT 2026

AM Twinbrook, LLC
c/o Bregman, Berbert, Schwartz, & Gilday
7315 Wisconsin Ave.
Suite 800 West
Bethesda, MD 20814-3202

Ally Bank
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Ally Bank, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Consumer Protection Division
200 Saint Paul Place
Baltimore, MD 21202-5994

Limitless Garage, Inc.
Attn: Levon Moosakhanian
10008 Blue Banner Drive
Germantown, MD 20876-4445

Remax Realty Centre, Inc.
c/o Parker, Simon & Kokolis, LLC
110 North Washington Street
Suite 500
Rockville, MD 20850-2230

Santander Consumer USA Inc. dba Chrysler Cap
c/o Michael J. Klima, Jr.
8028 Ritchie Highway
Suite 300
21122, MD 21122-1360

US Trustee - Greenbelt 11
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770-6305

AIA Corporation
8148 Solutions Center
Chicago, IL 60677-8001

AM Twinbrook, LLC
12300 Twinbrook Pkwy
Rockville, MD 20852-1606

AM Twinbrook, LLC
c/o MRP Realty
3050 K Street NW Suite 125
Washington, DC 20007-5122

Advance Business Systems
10755 York Road
Cockeysville, MD 21030-2147

Affirm, Inc.
Attn: Bankruptcy
30 Isabella Street Floor 4
Pittsburgh, PA 15212-5862

Allegany Door & Hardware Inc.
1210 Security Road
Hagerstown, MD 21742-4159

Ally Financial, Inc.
Attn: Bankruptcy
500 Woodard Ave
Detroit, MI 48226-3416

American Express
PO Box 981540
El Paso, TX 799981540

Bank of America
PO Box 982238
El Paso, TX 79998-2238

Bank of America, N.A.
PO Box 673033
Dallas, TX 75267-3033

Barbara Ashe
13301 Glen Mill Road
Rockville, MD 20850-3641

Becket & Lee, LLP
P.O. Box 3001
Malvern, PA 19355-0701

Bessem Agbor
14107 Kendalwood Dr.
Upper Marlboro, MD 20772-7806

Bessem Agbor
Michael Campbell, Esq.
200B Monroe St
Rockville, MD 20850-4447

Bobbie Smith
11131 Front Porch Avenue
Apt. 11008
Charlotte, NC 28227-8339

Braden & McSweeny Inc.
608 Arch Street
Carnegie, PA 15106-2024

Brett Criddle
18840 Liberty Mill Road
Germantown, MD 20874-1412

CLM Airpark Associates, LLC
c/o Magruder Cook Koutsouftikis & Palanz
1889 Preston White Dr., Suite 200
Reston, VA 20191-4368

Capital One
Po Box 30285
Salt Lake City, UT 84130-0285

Carlos & Ann McKinney
10417 Haywood Drive
Silver Spring, MD 20902-4947

Carpet Time, Inc
6968 Sunfleck Row
Columbia, MD 21045-4622

Catherine Rochette
5609 Griffith Farm Rd.
Derwood, MD 20855-1665

Ching Lau
9580 Castile Court
Columbia, MD 21045-4324

Christina Yuknis
6916 Mystic Woods Way
Columbia, MD 21044-4914

Chrysler Capital
Attn: Bankruptcy Department
P.O. Box 660335
Dallas, TX 75266-0335

Cindy Cicalese
23830 Burdette Forest Road
Clarksburg, MD 20871-4372

Citibank
Centralized Bankruptcy
PO Box 790040
Saint Louis, MO 63179-0040

Comenity Capital/Floor & Decor
Attn: Bankruptcy
PO Box 18125
Columbus, OH 43218

(p)COMPTROLLER OF MARYLAND
BANKRUPTCY UNIT
7 ST PAUL STREET SUITE 230
BALTIMORE MD 21202-1626

Consumer Protection Div., Atty. General'
200 Saint Paul Place, 16th Floor
Baltimore, MD 21202-5994

Credit One Bank
Attn: Bankruptcy
PO Box 98873
Las Vegas, NV 89193-8873

Cynthia Cicalese
23830 Burdette Forest Road
Clarksburg, MD 20871-4372

DMV Leasing and Contracting, LLC
3501 37th Street
Mount Rainier, MD 20712-2108

DRD Studios
13907 Chatterly Place
Germantown, MD 20874-2268

Dan Kang Baker
200 Saint Paul Place, 16th Floor
Baltimore, MD 21202-5994

Daniel Goldberg
13303 Dutrow Way
Clarksburg, MD 20871-4349

Daniel Meiselman
807 Blossom Drive
Rockville, MD 20850-2027

DeLizzio Architects & Planners
12 South Adams St
Rockville, MD 20850-4238

Dr. Ravi Passi and Anita Passi
12409 Becall Lane
Potomac, MD 20854-1026

Dwellworks LLC
Attn: Gerald Haynes
1317 Euclid Avenue
Cleveland, OH 44115-1818

EB Clarksburg, LLC
c/o JPMORGAN Chase Bank, N.A.
Attn: Tejal Patel
277 Park Avenue 36th Fl
New York, NY 10017

Eileen Webster-Cissel
24704 Tandem Drive
Damascus, MD 20872-2312

Erin Hart
1620 Oakview Drive
Silver Spring, MD 20903-2243

Erin Hart
c/o Montero Law Group, LLC
10770 Columbia Pike, Ste 401
Silver Spring, MD 20901-4402

Ernest Maier
14 Chestnut Street
Gaithersburg, MD 20877-2403

Genesis Financial
Genesis FS Card Services
PO Box 4477
Beaverton, OR 97076-4401

Gerson Orellana
11112 Norlee Dr.
Silver Spring, MD 20902-3620

Greg Grinder
5505 Gramby Road
Derwood, MD 20855-1408

Gzanee Elrahimy
PO Box 1260
Clarksburg, MD 20871-1260

IM Contractors
10407 Truxton Road
Adelphi, MD 20783-1119

IPFS Insurance Financing
30 Montgomery Street, Suite 501
Jersey City, NJ 07302-3821

IPFS Insurance Financing
PO Box 412086
Kansas City, MO 64141-2086

Ideal Power Electrical Contracting, Inc.
2360 Eagle Wood Drive
Mount Airy, MD 21771-8731

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Jackquelyne Milner
102 Varnum Street NE
Washington, DC 20011-7415

James Cho
1805 Green Place Terrace
Rockville, MD 20850-2943

Jason Kirk
6405 Weatherby Ct Apt K
Frederick, MD 21703-1853

Jason Love
9705 Stanton Hall Court
Gaithersburg, MD 20882-2729

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Jennifer Palma
204 Lee St Apt 309
Gaithersburg, MD 20877-2947

Joanne Vanasse
22021 Peachtree Road
Boyds, MD 20841-9250

Joey King
1 Maxim Lane
Rockville, MD 20852-1017

Jose Alvarenga
224 Jackson Ave.
Hagerstown, MD 21740-5032

Karen Haman
209 W. Deer Park Road
Gaithersburg, MD 20877-1818

Kelly Carnes
2507 Lake Avenue
Cheverly, MD 20785-2953

Kevin Foster
2203 Davit Court
Bowie, MD 20721-3066

Kevin Schopp
2280 Tanterra Circle
Brookeville, MD 20833

Keystone Print and Stitch, Inc.
901 Market Street
New Cumberland, PA 17070-1643

Kharma Associates, LLC
17535 Applewood Lane
Derwood, MD 20855-1501

Kharma Associates, LLC
PO Box 5743
Derwood, MD 20855-0743

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Lakisha Burton
4609 Leroy Gorham Drive
Capitol Heights, MD 20743-1038

Lamal Sheppard
12720 Lime Kiln Road
Highland, MD 20777-9571

Laura Rohrer
2110 Shandon Road
Baltimore, MD 21244-1720

Lazarus Group, Inc.
7245 Windsor Lane
Hyattsville, MD 20782-1046

Leela Avula
8256 South Maple Lawn Blvd.
Fulton, MD 20759-2228

Leigh & Marsha Ogden
12524 Two Farm Drive
Silver Spring, MD 20904-2931

Leslie Edmond
7516 Glenriddle Road
Bethesda, MD 20817-4732

(p)LIBERTAS FUNDING LLC
411 WEST PUTNAM ST
SUITE 220
GREENWICH CT 06830-6295

Lucio Chacon
7805 Old Georgetown Road, Suite 215
Bethesda, MD 20814-2460

Luis Rentana
17521 Wheat Fall Drive
Derwood, MD 20855-1147

M. Chantal Lavine
5819 Walton Road
Bethesda, MD 20817-2548

Mariana Rojas
6 Glazebrook Court
Gaithersburg, MD 20878-1885

Mark Armstrong
PO Box 529
Forest Hill, MD 21050-0529

Mark McLean
13601 Glen Mill Road
Rockville, MD 20850-3422

Maryland Home Improvement Commission
1100 N. Eutaw St Room 121
Baltimore, MD 21201-2225

Mercedes Benz Financial Services
PO Box 685
Roanoke, TX 76262-0685

Milton Ridge
26130 Frederick Road
Clarksburg, MD 20871-9613

Mohamed Raouf Elrahimy
23504 Clarksburg Road
Clarksburg, MD 20871-4379

Mohsen Juris Mohseni
18417 Paradise Cove Terrace
Olney, MD 20832-3039

Mosiac Home Interiors, Inc.
3935 Stonecroft Blvd
Chantilly, VA 20151-1032

Nigel Cosh
2404 Churchill Road
Silver Spring, MD 20902-5418

Olivia Trusty
5503 Bass Place SE
Washington, DC 20019-6381

Optimum Construction, Inc.
PO Box 1328
Clarksburg, MD 20871-1328

Ornamentals, Inc.
1400 Marblewood Avenue
Capitol Heights, MD 20743-1235

Ottoniel Lopez
424 Colesville Manor Drive
Silver Spring, MD 20904-1149

Peter Chang
10110 Fleming Avenue
Bethesda, MD 20814-2120

Quantum3 Group LLC as agent for
Comenity Capital Bank
PO Box 788
Kirkland, WA 98083-0788

Quickbooks Payroll
201 N. Charles Street 2302
Baltimore, MD 21201-4197

Ray- Pride Plumbing
1504 Ednor Road
Silver Spring, MD 20905-5114

Re/Max Realty Centre Inc
23315 Frederick Rd
Clarksburg, MD 20871-9463

Reliance Capital
200 Central Ave
Farmingdale, NJ 07727-3788

Remax Realty Centre, Inc.
c/o Thomas J. Kokolis, Esq.
Parker, Simon & Kokolis, LLC
110 North Washington Street, Suite 500
Rockville, MD 20850-2230

Resurgent Receivables, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Retirement Planners & Administrators
7639 Leesburg Pike
Falls Church, VA 22043-2520

Rex Electric, LLC
11112 Norlee Drive
Silver Spring, MD 20902-3620

Richard Rist
22120 Foxlair Road
Gaithersburg, MD 20882-1310

S&A Plumbing Service Inc.
9127 Edmonston Terrance 103
Greenbelt, MD 20770-4557

SP Plus Corporation
P.O. Box 74007568
Chicago, IL 60674-7568

Sameh Elrahimy
19309 Golden Meadow Drive
Germantown, MD 20876-1757

Sean Byrne
24432 Cutsail Drive
Damascus, MD 20872-2155

Semper West
9211 Baltimore Road
Frederick, MD 21704-6746

Sione and Nadine Finau
16640 Killdeer Drive
Derwood, MD 20855-1925

State Auto Insurance
518 East Broad Street
Columbus, OH 43215-3976

State of Maryland DLLR
Division of Unemployment Insurance
1100 N. Eutaw Street, Room 401
Baltimore, MD 21201-2225

Steve G. and Edith A. Chalk
22200 Whites Ferry Road
Dickerson, MD 20842-9416

Sun Services
11299 Old Baltimore Pike
Beltsville, MD 20705-2012

Sweet Kitchen Granite & Cabinet Inc,
13860 Park Center Road A
Herndon, VA 20171-3217

Synchrony Bank
C/o Po Box 965036
Orlando, FL 32896-0001

T & J Contractor LLC
1405 Windham Ln
Silver Spring, MD 20902-3766

Taxing Authority of Montgomery County
Division of Treasury
255 Rockville Pike, Ste. L-15
Rockville, MD 20850-4188

The Blue Book Bldg. & Const. Network
800 E . Main Street
Jefferson Valley, NY 10535

The Lube Center
1313 Orchard Way
Frederick, MD 21703-6002

Theresa Bohn and Estate of Richard Bohn
4903 Mussetter Road
Ijamsville, MD 21754-9622

Thermal Plus, LLC
231 Creekside Commons Court
Stevensville, MD 21666-2591

Tito Morales
12731 Grand Elm Street
Clarksburg, MD 20871-4452

Tyler Knarr
22021 Peachtree Road
Boyds, MD 20841-9250

U.S Small Business Administration
409 3rd St, SW Suite 120
Washington, DC 20416-0005

US Small Business Administration
14925 Kingsport Rd.
Fort Worth, TX 76155-2243

United Site Services
520 Glenbrook Road
Glen Burnie, MD 21061-3225

WebBank
215 S State St Ste 1000
Salt Lake City, UT 84111-2336

Wells Fargo Bank
Attn: Bankruptcy
PO Box 94435
Albuquerque, NM 87199-4435

Amr Elrahimy
PO Box 745
Clarksburg, MD 20871-0745

Eileen D. Webster-Cissel
24704 Tandem Drive
Damascus, MD 20872-2312

Erin S. Hart
1620 Oakview Drive
Silver Spring, MD 20903-2243

Jeffrey M. Orenstein
15245 Shady Grove Road
Suite 465
Rockville, MD 20850-7203

Kevin K. Shipe
Law Offices of Shipe & Bush, P.C.
7100 Guilford Dr
#2059
Frederick, MD 21704-5257

Richard Rist
c/o Margaret M. Marks
1775 Wiehle Avenue, Suite 400
Reston, VA 20190-5159

Steven H Greenfeld
Steve Greenfeld , Trustee
325 Ellington Boulevard, Box 610
Gaithersburg, MD 20878-4591

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Comptroller of Maryland
Bankruptcy Unit
301 W. Preston Street Room 409
Baltimore, MD 21201

(d)Comptroller of the Treasury
Compliance Division, Room 409
301 W. Preston Street
Baltimore, MD 21201

Jefferson Capital Systems, LLC
PO Box 7999
St. Cloud MN 56302-9617

Libertas Funding LLC
411 West Putnam Avenue Suite 220
Greenwich, CT 06830

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)American Express National Bank
c/o Becket & Lee LLP
PO Box 3001
Malvern, PA 19355-0701

(d)American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

(u)DeLizzio Architects & Planners
INVALID ADDRESS PROVIDED

(u)Kelly Carnes
INVALID ADDRESS PROVIDED

(u)Libertas Funding LLC
INVALID ADDRESS PROVIDED

(u)T&J Contractor LLC
INVALID ADDRESS PROVIDED

(u)U.S Small Business Association
INVALID ADDRESS PROVIDED

(d)Bessem Agbor
14107 Kendalwood Dr
Upper Marlboro, MD 20772-7806

(d)Bobbie Smith
11131 Front Porch Avenue
Apt. 11008
Charlotte, NC 28227-8339

End of Label Matrix
Mailable recipients 148
Bypassed recipients 9
Total 157