Label Matrix for local noticing
0416-0
Case 23-11027
District of Maryland
Greenbelt
Mon Sep 14 09:24:42 EDT 2026

(p)BK SERVICING LLC
PO BOX 131265
ROSEVILLE MN 55113-0011

Mercedes-Benz Financial Services USA LLC
c/o Michael J. Klima, Jr.
8028 Ritchie Highway
Suite 300
Pasadena, MD 21122-1360

Optimum Construction, Inc.
PO Box 1328
Clarksburg, MD 20871-1328

Remax Realty Centre, Inc.
c/o Parker, Simon & Kokolis, LLC
110 North Washington Street
Suite 500
Rockville, MD 20850-2230

Santander Consumer USA Inc.
dba Chrysler Capital
c/o Michael J. Klima, Jr.
8028 Ritchie Highway
Suite 300
Pasadena, MD 21122-1360

US Trustee - Greenbelt 11
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770-6305

9127 edmonston terrace 103
9127 Edmonston Terrace
103
Greenbelt, MD 20770-4557

AIA Corporation
8148 Solutions Center
Chicago, IL 60677-8001

AM Twinbrook, LLC
c/o MRP Realty
3050 K Street NW Suite 125
Washington, DC 20007-5122

Advance Business Systems
10755 York Road
Cockeysville, MD 21030-2147

Allegany Door & Hardware Inc.
1210 Security Road
Hagerstown, MD 21742-4159

American Express
PO Box 981540
El Paso, TX 79998-1540

Amr 'Omar' Elrahimy
PO Box 1260
Clarksburg, MD 20871-1260

Barbara Ashe
13301 Glen Mill Road
Rockville, MD 20850-3641

Becket & Lee, LLP
PO Box 3001
Malvern, PA 19355-0701

Bessem Agbor
14107 Kendalwood Dr.
Upper Marlboro, MD 20772-7806

Bobbie Smith
3114 McKee Forest Ct
Charlotte, NC 28216-8019

Braden & McSweeny Inc.
608 Arch Street
Carnegie, PA 15106-2024

Brett Criddle
18840 Liberty Mill Road
Germantown, MD 20874-1412

Carlos Valderrama
Ann McKinney
10417 Haywood Drive
Silver Spring, MD 20902-4947

Carpet Time, Inc
6968 Sunfleck Row
Columbia, MD 21045-4622

Catherine Rochette
5609 Griffith Farm Rd.
Derwood, MD 20855-1665

Chantal LaVine
5819 Walton Road
Bethesda, MD 20817-2548

Ching Lau
9580 Castile Court
Columbia, MD 21045-4324

Christina Yuknis
6916 Mystic Woods Way
Columbia, MD 21044-4914

Chrysler Capital
Attn: Bankruptcy Department
PO Box 660335
Dallas, TX 75266-0335

Cindy Cicalese
23830 Burdette Forest Road
Clarksburg, MD 20871-4372

Citibank
Centralized Bankruptcy
PO Box 790040
Saint Louis, MO 63179-0040

Comcast
8110 Corporate Drive
Baltimore, MD 21236-5034

(p)COMPTROLLER OF MARYLAND
BANKRUPTCY UNIT
7 ST PAUL STREET SUITE 230
BALTIMORE MD 21202-1626

Consumer Protection Div., Office of Atty. Ge
200 Saint Paul Place, 16th Floor
Baltimore, MD 21202-5994

Cynthia Cicalese
23830 Burdette Forest Road
Clarksburg, MD 20871-4372

DMV Leasing and Contracting, LLC
3501 37th Street
Mount Rainier, MD 20712-2108

DRD Studios
13907 Chatterly Place
Germantown, MD 20874-2268

Dan Kang Baker
200 Saint Paul Place, 16th Floor
Baltimore, MD 21202-5994

Daniel Goldberg
13303 Dutrow Way
Clarksburg, MD 20871-4349

Daniel Meiselman
807 Blossom Drive
Rockville, MD 20850-2027

DeLizzio Architects & Planners
12 South Adams St.
Rockville, MD 20850-4238

Dr. Ravi Passi and Anita Passi
12409 Becall Lane
Potomac, MD 20854-1026

EB Clarksburg, LLC
c/o JPMORGAN Chase Bank, N.A.
Attn: Tejal Patel
277 Park Avenue 36th Fl
New York, NY 10017

Eileen Webster-Cissel
24704 Tandem Drive
Damascus, MD 20872-2312

Eric Jason Love
9705 Stanton Hall Ct
Gaithersburg, MD 20882-2729

Erin Hart
1620 Oakview Drive
Silver Spring, MD 20903-2243

Ernest Maier
14 Chestnut Street
Gaithersburg, MD 20877-2403

Graznee Elrahimy
PO Box 1260
Clarksburg, MD 20871-1260

Greg Grinder
5505 Gramby Road
Derwood, MD 20855-1408

IM Contractors
10407 Truxton Road
Adelphi, MD 20783-1119

IPFS Insurance Financing
PO Box 412086
Kansas City, MO 64141-2086

Ideal Power Electrical Contracting, Inc.
2360 Eagle Wood Drive
Mount Airy, MD 21771-8731

Jackquelyne Milner
102 Varnum Street NE
Washington, DC 20011-7415

James Cho
1805 Green Place Terrace
Rockville, MD 20850-2943

Jason Kirk
6405 Weatherby Ct Apt K
Frederick, MD 21703-1853

Jason Love
9705 Stanton Hall Court
Gaithersburg, MD 20882-2729

Jennifer Palma Cortez
204 Lee St Apt 309
Gaithersburg, MD 20877-2947

Joanne Vanasse
22021 Peachtree Road
Boyds, MD 20841-9250

Joey King
1 Maxim Lane
Rockville, MD 20852-1017

Jose Alvarenga
18804 Nathans Place
Montgomery Village, MD 20886-4236

KEYSTONE PRINT AND STITCH, INC
901 MARKET STREET
NEW CUMBERLAND, PA 17070-1643

Karen Haman
209 W. Deer Park Raod
Gaithersburg, MD 20877-1818

Kelly Carnes
2507 Lake Avenue
Hyattsville, MD 20785-2953

Kevin Foster
2203 Davit Court
Bowie, MD 20721-3066

Kevin Schopp
2280 Tanterra Circle
Brookeville, MD 20833

Kharma Associates, LLC
17535 Applewood Lane
Derwood, MD 20855-1501

Kharma Associates, LLC
PO Box 5743
Derwood, MD 20855-0743

Lakisha Burton
4609 Leroy Gorham Drive
Capitol Heights, MD 20743-1038

Lamal Sheppard
12720 Lime Kiln Road
Highland, MD 20777-9571

Laura Rohrer
10651 Gramercy Pl
Columbia, MD 21044-3038

Laura Rohrer
10651 Gramercy Pl Apt 356
Columbia, MD 21044-3043

Laura Rohrer
2110 Shandon Road
Baltimore, MD 21244-1720

Lazarus Group
7245 Windsor Lane
Hyattsville, MD 20782-1046

Leela Avula
8256 South Maple Lawn Blvd.
Fulton, MD 20759-2228

Leigh & Marsha Ogden
12524 Two Farm Drive
Silver Spring, MD 20904-2931

Leigh M. Ogden
12524 Two Farm Drive
Silver Spring MD 20904-2931

Leslie Edmond
7516 Glenriddle Road
Bethesda, MD 20817-4732

(p)LIBERTAS FUNDING LLC
411 WEST PUTNAM ST
SUITE 220
GREENWICH CT 06830-6295

(p)PAYPAL
3505 SILVERSIDE RD
STE 200
WILMINGTON DE 19810-4905

Lou Chacon
7805 Old Georgetown Road 215
Bethesda, MD 20814-2460

Lucrecia P. Johnson, Esq.
LPJ Legal PLLC
700 Pennsylvania Ave SE
Washington, DC 20003-2493

Luis Fernando Rentana
17521 Wheat Fall Dr
Derwood, MD 20855-1147

M. Chantal Lavine
5819 Walton Road
Bethesda, MD 20817-2548

Mariana Rojas
6 Glazebrook Court
Gaithersburg, MD 20878-1885

Mark Armstrong
2217 Phillips Mill Rd PO Box 529
Forest Hill, MD 21050-0529

Mark McLean
13601 Glen Mill Road
Rockville, MD 20850-3422

Maryland Home Improvement Commission
1100 N. Eutaw St Room 121
Baltimore, MD 21201-2225

Mercedes Benz Financial Services
PO Box 685
Roanoke, TX 76262-0685

Michael Campbell
Miller, Miller & Canby
200B Monroe Street
Rockville, MD 20850-4423

Milton Ridge
26130 Frederick Road
Clarksburg, MD 20871-9613

Mohsen Juris Mohseni
18417 Paradise Cove Terrace
Olney, MD 20832-3039

Mosiac Home Interiors, Inc.
3935 Stonecroft Blvd
Chantilly, VA 20151-1032

Nicholas Christopher, Esq.
110 N. Washington Street Suite 500
Rockville, MD 20850-2230

Nigel Cosh
2404 Churchill Road
Silver Spring, MD 20902-5418

Odin, Feldman & Pittleman P.C.
Attn: Margaret m. Marks, Esq.
1775 Wiehle Ave Suite 400
Reston, VA 20190-5159

Office of Consumer Protection
100 Maryland Avenue Suite 330
Rockville, MD 20850-2322

Olivia Trusty
5503 Bass Place SE
Washington, DC 20019-6381

Ornamentals, Inc.
1400 Marblewood Avenue
Capitol Heights, MD 20743-1235

Ottoniel Lopez
424 Colesville Manor Drive
Silver Spring, MD 20904-1149

(p)PEPCO
LEGAL SERVICES
PEPCO HOLDINGS INC
701 NINTH ST NW SUITE 1100
WASHINGTON DC 20068-0001

Peter Chang
10110 Fleming Avenue
Bethesda, MD 20814-2120

Potomac Edison
10802 Bower Avenue
Williamsport, MD 21795-3016

Potomac Edison
5001 NASA Blvd
Fairmont WV 26554-8248

Quickbooks Payroll
201 N. Charles Street 2302
Baltimore, MD 21201-4197

Ray- Pride Plumbing
1504 Ednor Road
Silver Spring, MD 20905-5114

Re/Max Realty Centre Inc
23315 Frederick Rd
Clarksburg, MD 20871-9463

Reimer & Braunstein LLP
Attn: Richard I Lefkowitz, Esq.
Seven Times Square Suite 2506
New York, NY 10036-6546

Reliance Capital
200 Central Ave
Farmingdale, NJ 07727-3788

Remax Realty Centre, Inc.
c/o Thomas J. Kokolis, Esq.
Parker, Simon & Kokolis, LLC
110 North Washington Street, Suite 500
Rockville, MD 20850-2230

Retirement Planners &
Administrators
7639 Leesburg Pike
Falls Church, VA 22043-2520

Rex Electric, LLC
11112 Norlee Drive
Silver Spring, MD 20902-3620

Richard Rist
22120 Foxlair Road
Gaithersburg, MD 20882-1310

Russell Joseph King
1 Maxim Lane
Rockville, MD 20852-1017

S&A Plumbing Service Inc.
9127 Edmonston Terrance 103
Greenbelt, MD 20770-4557

SP Plus Corporation
P.O. Box 74007568
Chicago, IL 60674-7568

Sean Byrne
24432 Cutsail Drive
Damascus, MD 20872-2155

Semper West
9211 Baltimore Road
Frederick, MD 21704-6746

Sione Finau
16640 Kildeer Drive
Derwood, MD 20855-1925

Sione Finau
16640 Killdeer Drive
Derwood, MD 20855-1925

State Auto Insurance
518 East Broad Street
Columbus, OH 43215-3976

State of Maryland DLLR
Division of Unemployment Insurance
1100 N. Eutaw Street, Room 401
Baltimore, MD 21201-2225

Stein Sperling Bennett Dejong Driscoll PC
Attn: E. Andrew Cole, Esq.
1101 Wooton Parkway Suite 700
Rockville, MD 20852-1074

Steve Chalk
22200 Whites Ferry Road
Dickerson, MD 20842-9416

Sun Services
11299 Old Baltimore Pike
Beltsville, MD 20705-2012

Sweet Kitchen Granite & Cabinet Inc,
13860 Park Center Road A
Herndon, VA 20171-3217

Swift Financial LLC
PO Box 208703
Dallas, TX 75320-8703

T&J Contractor LLC
1405 Windham Ln
Silver Spring, MD 20902-3766

Taxing Authority of Montgomery County
Division of Treasury
255 Rockville Pike, Ste. L-15
Rockville, MD 20850-4188

The Blue Book Bldg. & Const. Network
800 E . Main Street
Jefferson Valley, NY 10535

The Lube Center
1313 Orchard Way
Frederick, MD 21703-6002

Theresa Bohn and Estate of Richard Bohn
4903 Mussetter Road
Ijamsville, MD 21754-9622

Thermal Plus, LLC
231 Creekside Commons Court
Stevensville, MD 21666-2591

Tito Morales
12731 Grand Elm Street
Clarksburg, MD 20871-4452

Tyler Knarr
22021 Peachtree Road
Boyds, MD 20841-9250

U.S Small Business Association
409 3rd St, SW
Suite 120
Washington, DC 20416-0005

United Site Services
520 Glenbrook Road
Glen Burnie, MD 21061-3225

Verizon
Bankruptcy Administration
500 Technology Drive Suite 550
Saint Charles, MO 63304-2225

WSSC
14501 Sweitzer Lane
Laurel, MD 20707-5901

Washington Gas
Customer Care
6801 Industrial Road
Springfield, VA 22151-4205

Washington Suburban Sanitary Commission
14501 Sweitzer Lane
Laurel, MD 20707-5901

WebBank
215 S State St Ste 1000
Salt Lake City, UT 84111-2336

Wells Fargo Bank
Attn: Bankruptcy
PO Box 94435
Albuquerque, NM 87199-4435

Erin S. Hart
1620 Oakview Drive
Silver Spring, MD 20903-2243

Kevin K. Shipe
Law Offices of Shipe & Bush, P.C.
7100 Guilford Dr
#2059
Frederick, MD 21704-5257

Levon Moosakhanian
c/o Limitless Garage, Inc.
10008 Blue Banner Drive
Germantown, MD 20876-4445

Steven G. Chalk
22200 Whites Ferry road
Dickerson, MD 20842-9416

Steven H Greenfeld
Steve Greenfeld , Trustee
325 Ellington Boulevard, Box 610
Gaithersburg, MD 20878-4591

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Mercedes-Benz Financial Services USA LLC
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113-0011

Comptroller of the Treasury
Compliance Division, Room 409
301 W. Preston Street
Baltimore, MD 21201

Libertas Funding LLC
411 West Putnam Avenue
Suite 220
Greenwich, CT 06830

Loan Builder/Swift Financial
3505 Silverside Rd.
Wilmington, DE 19810

(d)Mercedes-Benz Financial Services USA LLC
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113-0011

Pepco
701 Ninth St., N.W..
Washington, DC 20068

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Amr 'Omar' Elrahimy
PO Box 1260
Clarksburg, MD 20871-1260

(d)Keystone Print and Stitch, Inc.
901 Market Street
New Cumberland, PA 17070-1643

(u)Re/Max Realty Centre Inc
23315 Frederick Rd
20971

(d)Bessem Agbor
14107 Kendalwood Dr
Upper Marlboro, MD 20772-7806

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 144 |
| Bypassed recipients | 4 |
| Total | 148 |